NUMBER 13-04-00667-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ROAN REAL ESTATE COMPANY, INC., Appellant,


v.



ASARCO, INCORPORATED, F/K/A AMERICAN

SMELTING AND REFINING COMPANY, Appellee.

_____________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on October 6, 2005, due to the bankruptcy of
one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. 
Since the abatement there has been no activity in this appeal. On April 22, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellant responded to the order by filing an unopposed motion to dismiss, advising
the parties had entered into a settlement agreement which was approved by the
bankruptcy court and that the appeal should be dismissed. Accordingly, appellant's
unopposed motion to dismiss is GRANTED and the appeal is hereby DISMISSED. In
accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at appellant's request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 21st day of May, 2009.